**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| BERTHOLD L.L.C., | ) | |
| BERTHOLD TYPES LIMITED, and | ) | |
| BERTHOLD DIRECT CORP., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. |
| | ) | |
| REINSURANCE GROUP OF AMERICA, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## COMPLAINT

Plaintiffs, BERTHOLD L.L.C. ("Berthold LLC"), BERTHOLD TYPES LIMITED ("Berthold Types"), and BERTHOLD DIRECT CORP. ("Berthold Direct"), by and through their attorneys, complain against Defendant, REINSURANCE GROUP OF AMERICA, INC. ("RGA"), as follows:

### NATURE OF THE ACTION

1.      This is an action for copyright infringement in violation of 17 U.S.C. § 501.

2.      This action is brought in response to a classic case of copyright infringement and unfair competition; specifically, the unauthorized commercial, for-profit use of works created from Plaintiffs' copyrighted and trademarked Akzidenz-Grotesk® Std Light, Akzidenz-Grotesk® Std Light Italic, Akzidenz-Grotesk® Std Regular, Akzidenz-Grotesk® Std Regular Italic, Akzidenz-Grotesk® Std Medium, Akzidenz-Grotesk® Std Medium Italic, Akzidenz-Grotesk® Std Bold, Akzidenz-Grotesk® Std Bold Italic, Akzidenz-Grotesk® Std Super, Akzidenz-Grotesk® Std Super Italic typeface font software ("Fonts" or "Font Software").

## JURISDICTION AND VENUE

3.      This Court has federal question jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a) as this case arises under the Copyright Act of 1976, 17 U.S.C. § 101 *et seq*. This court has supplemental jurisdiction to hear Plaintiffs' state law claims pursuant to 28 U.S.C. § 1367.

4.      Venue is proper in this District pursuant to 28 U.S.C. § 1391 in that Defendant is subject to the Court's personal jurisdiction in this District with respect to the civil action in question.

5.      This Court has personal jurisdiction over Defendant in that Defendant has targeted Illinois citizens (a number of whom are upon information and belief Defendant's clients, shareholders, or prospective clients) with the infringing electronic documents complained of herein. Having targeted and disseminated infringing materials to Illinois citizens, Defendant could reasonably be expected to be required to answer for the contents of such materials in Illinois.

## THE PARTIES

6.      Plaintiff Berthold LLC is a limited liability company formed under the laws of the State of Illinois with a place of business in Chicago, Illinois.

7.      Plaintiff Berthold Types is a corporation formed under the laws of the State of Illinois with a place of business in Chicago, Illinois.

8.      Plaintiff Berthold Direct is a corporation formed under the laws of the State of Illinois with a place of business in Chicago, Illinois.

9.      Plaintiffs are affiliates under common ownership and control.

10.     Plaintiffs conduct business throughout the world, the United States, and the State of Illinois via Plaintiffs' commercial website at www.bertholdtypes.com.

11.     Plaintiffs offer, market, license, and distribute typeface font computer software programs.

2

12.     Plaintiffs offer their typeface font software for licensing to third parties directly via their own website and the websites of authorized distributors.

13.     Defendant is a corporation formed under the laws of the state of Missouri with a principal place of business in Chesterfield, Missouri.

14.     Upon information and belief, Defendant conducts business worldwide, in the United States, and the State of Illinois by way of its website, *inter alia*, at www.rgare.com.

## COPYRIGHT INFRINGEMENT

**PLAINTIFFS' COPYRIGHTS**

15.     Plaintiffs are engaged in the business of creating works of typographic art and graphic design as well as designing, creating, manufacturing, marketing, and licensing the use of customized typeface font software for others.

16.     Plaintiffs license typeface font software directly from their own e-commerce website at http://www.bertholdtypes.com and by way of authorized third-party distributors.

17.     Plaintiffs have at all times been the exclusive owner of all right, title, and interest in and to the Font Software.

18.     Plaintiffs are the exclusive owners of the following U.S. Copyright Registration Numbers, copies of which are attached hereto as Exhibit A:

     a.  TX 6-380-799 (Akzidenz-Grotesk Std Light);

     b.  TX 6-380-800 (Akzidenz-Grotesk Std Light Italic);

     c.  TX 6-380-794 (Akzidenz-Grotesk Std Regular);

     d.  TX 6-380-793 (Akzidenz-Grotesk Std Italic);

     e.  TX 6-380-792 (Akzidenz-Grotesk Std Medium);

     f.  TX 6-380-795 (Akzidenz-Grotesk Std Medium Italic);

     g.  TX 6-380-796 (Akzidenz-Grotesk Std Bold);

     h.    TX 6-380-797 (Akzidenz-Grotesk Std Bold Italic);

     i.    TX 6-380-798 (Akzidenz-Grotesk Std Super);

     j.    TX 6-380-786 (Akzidenz-Grotesk Std Super Italic);

19.    Plaintiffs' copyrights are valid and subsisting.

20.    Plaintiffs are the sole, exclusive sales and licensing agent for the Font Software.

21.    Licenses to use the Font Software are sold on a per font basis and/or for collections of fonts.

22.    Plaintiffs have sold, continue to sell, and derive significant revenue from the sale of licenses to use their Font Software.

## DEFENDANT'S BUSINESS AND INFRINGEMENT

23.    Defendant is in the business of providing life and health-related reinsurance, underwriting, financial solutions, and actuarial services to clients throughout the United States and around the world.

24.    Defendant produces a number of annual reports, articles, white papers, and newsletters on various topics relevant to current and prospective clients. Defendant places these documents in PDF form on its website in the "Knowledge Center" where they are accessible to the public for download and may distribute the same PDFs by other means such as email.

25.    Defendant has used the Font Software to create a number of these PDF documents that it has placed on its website. Examples of such PDF documents created using Plaintiffs' Font Software are attached hereto as Exhibit B.

26.    Defendant has not purchased a license to use the Font Software.

27.    By creating these PDF documents using the Font Software, Defendant embedded the Font Software, and/or portions of the Font Software, into each electronic document.

28.    By posting these PDFs documents created using the Font Software online, Defendant has allowed individuals to access the Font Software without having to purchase a license.

29.    Upon discovering Defendant's unauthorized use of the Font Software, Plaintiffs notified Defendant of its infringement, demanded that Defendant remove all documents created using the Font Software from its website, and cease using the Font Software.

30.    Defendant has refused Plaintiffs' demands and continues to infringe upon Plaintiffs' valuable copyrights.

31.    Defendant has infringed on Plaintiffs' copyrights in the Font Software by impermissibly copying and distributing the Font Software and such conduct represents multiple and ongoing infringements of Plaintiffs' valid copyrights in the Font Software.

32.    Defendant has contributorily infringed on Plaintiffs' copyrights in the Font Software by allowing the public to copy the Font Software by downloading the PDF documents created using the Font Software to their computers.

33.    The natural, probable, and foreseeable result of Defendant's wrongful conduct has and continues to be to deprive Plaintiffs of the benefits and revenue from the sale of appropriate licenses to use the Font Software in the manners complained of herein.

34.    The natural, probable, and foreseeable result of Defendant's wrongful conduct has and continues to be to injure Plaintiffs' relationships with present and prospective customers who rely on the cachet that exclusive licensing creates in the Font Software.

35.    Plaintiffs have lost and will continue to lose substantial revenue from Defendant's wrongful use, copying, and distribution of the Font Software.

36.    Defendant's wrongful conduct has deprived and will continue to deprive Plaintiffs of opportunities for expanding the goodwill associated with the Font Software.

37. Plaintiffs are entitled to recover damages they have sustained and will continue to sustain, together with any gains, profits, and advantages obtained by Defendant as a result of its infringement, along with prejudgment interest, attorney's fees, and costs.

38. At present, the amount of such damages, gains, profits, and advantages cannot be fully ascertained by Plaintiffs but are believed to be not less than $175,065 together with prejudgment interest and reasonable costs and fees or Statutory Damages under 17 U.S.C. § 504, whichever is greater.

39. Plaintiffs have no adequate remedy at law.

**WHEREFORE**, Plaintiffs respectfully request and pray that this Court will:

A. Preliminarily and permanently enjoin and restrain Defendant, its officers, directors, principals, agents, servants, employees, successors, assigns, and all those in active concert or participation with them from: (a) imitating, copying, distributing, or making unauthorized use of Plaintiffs' registered copyrights, including the infringing uses of the Font Software complained of herein; and (b) manufacturing, creating, producing, advertising, promoting, or displaying any products, displays, or advertisements bearing any simulation, reproduction, counterfeit, copy, derivative version, or colorable imitation of Plaintiffs' copyrighted Font Software created by way of the unauthorized use of Plaintiffs' Font Software;

B. Direct that Defendant deliver for destruction at Defendant's expense, *inter alia*, all copies of the infringing works identified herein that bear or were created through the unauthorized use of Plaintiffs' Font Software or a derivative version thereof, together with any and all computer files, hard drives, computer programs, solid state drives, disks, CD-ROMs and DVDs bearing unauthorized, derivative and/or infringing copies of the Font Software, as well as any and all other recorded media, graphical representations, displays on the Internet, marketing materials and

merchandise in Defendant's possession or under its control that were created or that bear the result of the unauthorized use of Plaintiffs' Font Software;

C.      Direct that Defendant be required to pay Plaintiffs' actual damages along with disgorgement of all gains, profits, and advantages derived by Defendant through its unauthorized uses of Plaintiffs' copyrights together with prejudgment interest;

D.      Direct that Defendant be required to pay to Plaintiffs such other damages that it has sustained as a consequence of Defendant's unauthorized use of Plaintiffs' copyrights;

E.      Direct that Defendant be ordered to make a written report within a reasonable period of time to be filed with the Court detailing the manner of compliance with the requested injunctive and mandatory relief above;

F.      Award Plaintiffs the costs of this action together with prejudgment interest, reasonable costs, and attorneys' fees; and

G.      Award Plaintiffs such other and further relief as the Court may deem just and proper.

Dated: August 14, 2017                     BERTHOLD L.L.C., BERTHOLD TYPES
                                           LIMITED, and BERTHOLD DIRECT CORP.

                                           By:  /s/ Peter S. Lubin                          
                                                One of their attorneys

Peter S. Lubin
Andrew C. Murphy
DITOMMASO LUBIN AUSTERMUEHLE, P.C.
17W220 22nd Street, Suite 410
Oakbrook Terrace, IL 60181
(630) 333-0000
psl@ditommasolaw.com
acm@ditommasolaw.com

# EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Short Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**TX 6-380-799**

TX          TXU

**Effective Date of Registration**

JUN 20 2006

**Application Received**
JUN 2 0 2006

**Deposit Received**
One JUN 2 0 2006   Two

**Fee Received**

Examined By ___ SM ___

Correspondence ☐

TYPE OR PRINT IN BLACK INK. DO NOT WRITE ABOVE THIS LINE.

| | | |
|---|---|---|
| **Title of This Work:**<br><br>Alternative title or title of larger work in which this work was published: | **1** | Akzidenz-Grotesk Pro Light |
| **Name and Address of Author and Owner of the Copyright:**<br><br>Nationality or domicile:<br>Phone, fax, and email: | **2** | Berthold L.L.C.<br>47 W. Polk St. #100-310<br>Chicago, IL 60605 U.S.A.<br><br>Phone (312) 493-2517       Fax (866) 743-0501<br>Email ip@bertholdtypes.com |
| **Year of Creation:** | **3** | 2006 |
| **If work has been published, Date and Nation of Publication:** | **4** | a. Date May _____ 1 _____ 2006 _____ *(Month, day, and year all required)*<br>             Month       Day       Year<br>b. Nation U.S.A. |
| **Type of Authorship in This Work:**<br><br>Check all that this author created. | **5** | ☑ Text (includes fiction, nonfiction, poetry, computer programs, etc.)<br>☐ Illustrations<br>☐ Photographs<br>☐ Compilation of terms or data |
| **Signature:**<br><br>Registration cannot be completed without a signature. | **6** | *I certify that the statements made by me in this application are correct to the best of my knowledge.* Check one:<br>☐ Author  ☑ Authorized agent<br>x Melissa M. Hart VP + Gen. Counsel |
| **Name and Address of Person to Contact for Rights and Permissions:**<br>Phone, fax, and email: | **7** | ☑ Check here if same as #2 above.<br><br>Phone (   )             Fax (   )<br>Email |

*OPTIONAL*

| **8**<br>Certificate will be mailed in window envelope to this address: | Name ▼<br>Berthold L.L.C.<br>Number/Street/Apt ▼<br>47 W. Polk St. #100-310<br>City/State/ZIP ▼<br>Chicago, IL 60605 | Complete this space only if you currently hold a Deposit Account in the Copyright Office. | **9** Deposit Account # DA92905<br>Name Berthold L.L.C.<br><br>DO NOT WRITE HERE       Page 1 of ___ pages |
|---|---|---|---|

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: August 2003—30,000   Web Rev: August 2003   ⊕ Printed on recycled paper

U.S. Government Printing Office: 2003-496-605/60,027

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Short Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**TX 6‑380‑800**

*TX0006380800*

Effective Date of Registration

**JUN 2 0 2006**

Application Received
**JUN 2 0 2006**

Deposit Received
**JUN 2 0 2006** Two

Fee Received

---

Examined By: *SM*

Correspondence ☐

**TYPE OR PRINT IN BLACK INK. DO NOT WRITE ABOVE THIS LINE.**

| | | |
|---|---|---|
| **Title of This Work:**<br><br>Alternative title or title of larger work in which this work was published: | **1** | Akzidenz-Grotesk Pro Light Italic |
| **Name and Address of Author and Owner of the Copyright:**<br><br>Nationality or domicile; Phone, fax, and email: | **2** | Berthold L.L.C.<br>47 W. Polk St. #100-310<br>Chicago, IL 60605 U.S.A.<br><br>Phone ( 312 ) 493-2517    Fax ( 866 ) 743-0501<br>Email ip@bertholdtypes.com |
| **Year of Creation:** | **3** | 2006 |
| **If work has been published, Date and Nation of Publication:** | **4** | a. Date May    1    2006    *(Month, day, and year all required)*<br>     Month    Day    Year<br>b. Nation U.S.A. |
| **Type of Authorship in This Work:**<br><br>Check all that this author created. | **5** | ☑ Text (includes fiction, nonfiction, poetry, computer programs, etc.)<br>☐ Illustrations<br>☐ Photographs<br>☐ Compilation of terms or data |
| **Signature:**<br><br>Registration cannot be completed without a signature. | **6** | *I certify that the statements made by me in this application are correct to the best of my knowledge.* Check one:<br>☐ Author ☑ Authorized agent<br>x *Melissa M. Hut, VP + Gen. Counsel* |
| **OPTIONAL**<br>**Name and Address of Person to Contact for Rights and Permissions:**<br>Phone, fax, and email: | **7** | ☑ Check here if same as #2 above.<br><br>Phone (    )    Fax (    )<br>Email |

| **8**<br>Certificate will be mailed in window envelope to this address: | Name ▼<br>Berthold L.L.C.<br>Number/Street/Apt ▼<br>47 W. Polk St. #100-310<br>City/State/ZIP ▼<br>Chicago, IL 60605 | Complete this space only if you currently hold a Deposit Account in the Copyright Office. | **9** Deposit Account # DA92905<br>Name Berthold L.L.C.<br><br><br>DO NOT WRITE HERE    Page 1 of ___ pages |

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev. August 2003—30,000    Web Rev: August 2003    ⊚ Printed on recycled paper                                    U.S. Government Printing Office: 2003-496-605/60,027

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Short Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**TX 6-380-794**



Effective Date of Registration

**JUN 20 2006**

Application Received
**JUN 20 2006**

Deposit Received
One **JUN 20 2006** Two

Fee Received

---

Examined By **SM**

Correspondence ☐

---

TYPE OR PRINT IN BLACK INK. DO NOT WRITE ABOVE THIS LINE.

| | | |
|---|---|---|
| **Title of This Work:**<br><br>Alternative title or title of larger work in which this work was published: | **1** | Akzidenz-Grotesk Pro Regular |
| **Name and Address of Author and Owner of the Copyright:**<br><br>Nationality or domicile:<br>Phone, fax, and email: | **2** | Berthold L.L.C.<br>47 W. Polk St. #100-310<br>Chicago, IL 60605 U.S.A.<br><br>Phone ( 312 ) 493-2517      Fax ( 866 ) 743-0501<br>Email ip@bertholdtypes.com |
| **Year of Creation:** | **3** | 2006 |
| **If work has been published, Date and Nation of Publication:** | **4** | a. Date May    1    2006    *(Month, day, and year all required)*<br>     Month    Day    Year<br>b. Nation U.S.A. |
| **Type of Authorship in This Work:**<br><br>Check all that this author created. | **5** | ☑ Text (includes fiction, nonfiction, poetry, computer programs, etc.)<br>☐ Illustrations<br>☐ Photographs<br>☐ Compilation of terms or data |
| **Signature:**<br><br>Registration cannot be completed without a signature. | **6** | I certify that the statements made by me in this application are correct to the best of my knowledge.* Check one:<br>☐ Author   ☑ Authorized agent<br>x *Melissa M. Hunt* VP + Gen. Counsel |
| **OPTIONAL** **Name and Address of Person to Contact for Rights and Permissions:**<br>Phone, fax, and email: | **7** | ☑ Check here if same as #2 above.<br><br>Phone (   )     Fax (   )<br>Email |

| | | | |
|---|---|---|---|
| **8**<br>Certificate will be mailed in window envelope to this address: | Name ▼<br>Berthold L.L.C.<br>Number/Street/Apt ▼<br>47 W. Polk St. #100-310<br>City/State/ZIP ▼<br>Chicago, IL 60605 | Complete this space only if you currently hold a Deposit Account in the Copyright Office. | **9** Deposit Account # DA92905<br>Name Berthold L.L.C.<br><br><br><br>DO NOT WRITE HERE   Page 1 of ___ pages |

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: August 2003—30,000   Web Rev. August 2003   ⊕ Printed on recycled paper      U.S. Government Printing Office: 2003-496-605/60,027

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Short Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**TX 6-380-793**

*TX0063807934*

TX

Effective Date of Registration

JUN 20 2006

Application Received
JUN 20 2006

Deposit Received
One JUN 20 2006 Two

Fee Received

Examined By: SM
Correspondence ☐

TYPE OR PRINT IN BLACK INK. DO NOT WRITE ABOVE THIS LINE.

| | | |
|---|---|---|
| **Title of This Work:**<br><br>Alternative title or title of larger work in which this work was published: | **1** | Akzidenz-Grotesk Pro Italic |
| **Name and Address of Author and Owner of the Copyright:**<br><br>Nationality or domicile:<br>Phone, fax, and email: | **2** | Berthold L.L.C.<br>47 W. Polk St. #100-310<br>Chicago, IL 60605 U.S.A.<br><br>Phone ( 312 ) 493-2517   Fax ( 866 ) 743-0501<br>Email ip@bertholdtypes.com |
| **Year of Creation:** | **3** | 2006 |
| **If work has been published, Date and Nation of Publication:** | **4** | a. Date May  1  2006   *(Month, day, and year all required)*<br>       Month   Day   Year<br>b. Nation U.S.A. |
| **Type of Authorship in This Work:**<br><br>Check all that this author created. | **5** | ☑ Text (includes fiction, nonfiction, poetry, computer programs, etc.)<br>☐ Illustrations<br>☐ Photographs<br>☐ Compilation of terms or data |
| **Signature:**<br><br>Registration cannot be completed without a signature. | **6** | I certify that the statements made by me in this application are correct to the best of my knowledge.* Check one:<br>☐ Author  ☑ Authorized agent<br>x Melissa H. Hunt, VP + Gen. Counsel |
| **OPTIONAL** **Name and Address of Person to Contact for Rights and Permissions:**<br>Phone, fax, and email: | **7** | ☑ Check here if same as #2 above.<br><br>Phone ( )   Fax ( )<br>Email |

| **8** Certificate will be mailed in window envelope to this address: | Name ▼ Berthold L.L.C.<br>Number/Street/Apt ▼ 47 W. Polk St. #100-310<br>City/State/ZIP ▼ Chicago, IL 60605 | Complete this space only if you currently hold a Deposit Account in the Copyright Office. | **9** Deposit Account # DA92905<br>Name Berthold L.L.C.<br><br>DO NOT WRITE HERE   Page 1 of ___ pages |

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: August 2003—30,000   Web Rev: August 2003   ♻ Printed on recycled paper

U.S. Government Printing Office: 2003-496-605/60,027

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Short Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**TX 6-380-792**



*TX0006380792*

Effective Date of Registration
**JUN 2 0 2006**

Application Received
JUN 2 0 2006
Deposit Received
One JUN 2 0 2006 Two
Fee Received

Examined By *SLM*

Correspondence ☐

---

TYPE OR PRINT IN BLACK INK. DO NOT WRITE ABOVE THIS LINE.

| | **1** | |
|---|---|---|
| **Title of This Work:** | | Akzidenz-Grotesk Pro Medium |
| Alternative title or title of larger work in which this work was published: | | |

| | **2** | |
|---|---|---|
| **Name and Address of Author and Owner of the Copyright:** | | Berthold L.L.C. <br> 47 W. Polk St. #100-310 <br> Chicago, IL 60605 U.S.A. |
| Nationality or domicile: <br> Phone, fax, and email: | | Phone ( 312 ) 493-2517  Fax ( 866 ) 743-0501 <br> Email ip@bertholdtypes.com |

| | **3** | |
|---|---|---|
| **Year of Creation:** | | 2006 |

| | **4** | |
|---|---|---|
| **If work has been published, Date and Nation of Publication:** | | a. Date  May  1  2006  *(Month, day, and year all required)* <br> Month  Day  Year <br> b. Nation  U.S.A. |

| | **5** | |
|---|---|---|
| **Type of Authorship in This Work:** | | ☑ Text (includes fiction, nonfiction, poetry, computer programs, etc.) <br> ☐ Illustrations <br> ☐ Photographs <br> ☐ Compilation of terms or data |
| Check all that this author created. | | |

| | **6** | |
|---|---|---|
| **Signature:** | | *I certify that the statements made by me in this application are correct to the best of my knowledge.* Check one: |
| Registration cannot be completed without a signature. | | ☐ Author  ☑ Authorized agent <br> x *Melissa M. Hunt, VP + Gen. Counsel* |

| | **7** | |
|---|---|---|
| **Name and Address of Person to Contact for Rights and Permissions:** | | ☑ Check here if same as #2 above. |
| Phone, fax, and email: | | Phone ( )  Fax ( ) <br> Email |

OPTIONAL

---

| **8** | Name ▼ Berthold L.L.C. | **9** Deposit Account # DA92905 |
|---|---|---|
| Certificate will be mailed in window envelope to this address: | Number/Street/Apt ▼ 47 W. Polk St. #100-310 <br> City/State/ZIP ▼ Chicago, IL 60605 | Name Berthold L.L.C. |

Complete this space only if you currently hold a Deposit Account in the Copyright Office.

DO NOT WRITE HERE  Page 1 of _____ pages

*17 U.S.C. § 506(e). Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev. August 2003—30,000  Web Rev. August 2003  ⊕ Printed on recycled paper  U.S. Government Printing Office: 2003-496-605/60,027

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Short Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

REGI

**TX 6-380-795**

TX          TXU

**Effective Date of Registration**

**JUN 20 2006**

Application Received
JUN 2 0 2006
Deposit Received
One JUN 2 0 2006 Two
Fee Received

Examined By

Correspondence ☐

TYPE OR PRINT IN BLACK INK. DO NOT WRITE ABOVE THIS LINE.

| | | |
|---|---|---|
| **Title of This Work:** Alternative title or title of larger work in which this work was published: | **1** | Akzidenz-Grotesk Pro Medium Italic |
| **Name and Address of Author and Owner of the Copyright:** Nationality or domicile; Phone, fax, and email: | **2** | Berthold L.L.C. 47 W. Polk St. #100-310 Chicago, IL 60605 U.S.A. Phone (312 ) 493-2517   Fax (866 ) 743-0501 Email ip@bertholdtypes.com |
| **Year of Creation:** | **3** | 2006 |
| **If work has been published, Date and Nation of Publication:** | **4** | a. Date May    1    2006    *(Month, day, and year all required)* Month  Day  Year b. Nation U.S.A. |
| **Type of Authorship in This Work:** Check all that this author created. | **5** | ☑ Text (includes fiction, nonfiction, poetry, computer programs, etc.) ☐ Illustrations ☐ Photographs ☐ Compilation of terms or data |
| **Signature:** Registration cannot be completed without a signature. | **6** | I certify that the statements made by me in this application are correct to the best of my knowledge.* Check one: ☐ Author ☑ Authorized agent x Melissa H. Hunt, VP + Gen Counsel |
| **OPTIONAL** **Name and Address of Person to Contact for Rights and Permissions:** Phone, fax, and email: | **7** | ☑ Check here if same as #2 above. Phone ( )    Fax ( ) Email |

**8**
Certificate will be mailed in window envelope to this address:
Name ▼ Berthold L.L.C.
Number/Street/Apt ▼ 47 W. Polk St. #100-310
City/State/ZIP ▼ Chicago, IL 60605

Complete this space only if you are currently hold a Deposit Account in the Copyright Office.

**9** Deposit Account # DA92905
Name Berthold L.L.C.

DO NOT WRITE HERE    Page 1 of ____ pages

*17 U.S.C § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: August 2003—30,000   Web Rev: August 2003   ⊕ Printed on recycled paper

U.S. Government Printing Office 2003-496-605/60,027

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Short Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**TX 6-380-796**

*TX TXU*

Effective Date of Registration

**JUN 20 2006**

Application Received
JUN 20 2006

Deposit Received
On JUN 20 2006 Two

Fee Received

Examined By

SM

Correspondence ☐

**TYPE OR PRINT IN BLACK INK. DO NOT WRITE ABOVE THIS LINE.**

| | | |
|---|---|---|
| **Title of This Work:** | **1** | Akzidenz-Grotesk Pro Bold |
| Alternative title or title of larger work in which this work was published: | | |
| **Name and Address of Author and Owner of the Copyright:** | **2** | Berthold L.L.C. <br> 47 W. Polk St. #100-310 <br> Chicago, IL 60605 U.S.A. |
| Nationality or domicile: Phone, fax, and email: | | Phone ( 312 ) 493-2517      Fax ( 866 ) 743-0501 <br> Email ip@bertholdtypes.com |
| **Year of Creation:** | **3** | 2006 |
| *If work has been published,* Date and Nation of Publication: | **4** | a. Date  May        1      2006      *(Month, day, and* <br>        Month        Day      Year      *year all required)* <br> b. Nation  U.S.A. |
| **Type of Authorship in This Work:** <br> Check all that this author created. | **5** | ☑ Text (includes fiction, nonfiction, poetry, computer programs, etc.) <br> ☐ Illustrations <br> ☐ Photographs <br> ☐ Compilation of terms or data |
| **Signature:** <br> Registration cannot be completed without a signature. | **6** | *I certify that the statements made by me in this application are correct to the best of my knowledge.* Check one: <br> ☐ Author  ☑ Authorized agent <br> x *Melissa M. Hurt, VP + Gen Counsel* |
| **Name and Address of Person to Contact for Rights and Permissions:** <br> Phone, fax, and email: | **7** | ☑ Check here if same as #2 above. <br> Phone (    )            Fax (    ) <br> Email |

| **8** <br> Certificate will be mailed in window envelope to this address: | Name ▼ <br> Berthold L.L.C. <br> Number/Street/Apt ▼ <br> 47 W. Polk St. #100-310 <br> City/State/ZIP ▼ <br> Chicago, IL 60605 | Complete this space only if you currently hold a Deposit Account in the Copyright Office. | **9** Deposit Account # DA92905 <br> Name Berthold L.L.C. <br><br> DO NOT WRITE HERE        Page 1 of ____ pages |
|---|---|---|---|

*17 U.S.C. §506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev. August 2003—30,000   Web Rev. August 2003   ℗ Printed on recycled paper                    U.S. Government Printing Office: 2003-496-605/60,027

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Short Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**TX 6-380-797**

*TX080063897974*

(TX)

Effective Date of Registration:

**JUN 2 0 2006**

Application Received
**JUN 2 0 2006**

Deposit Received
One  **JUN 2 0 2006**
Two
Fee Received

Examined By *SM*

Correspondence ☐

**TYPE OR PRINT IN BLACK INK. DO NOT WRITE ABOVE THIS LINE.**

| | | |
|---|---|---|
| **Title of This Work:**<br><br>Alternative title or title of larger work in which this work was published: | **1** | Akzidenz-Grotesk Pro Bold Italic |
| **Name and Address of Author and Owner of the Copyright:**<br><br>Nationality or domicile:<br>Phone, fax, and email: | **2** | Berthold L.L.C.<br>47 W. Polk St. #100-310<br>Chicago, IL 60605  U.S.A.<br><br>Phone ( 312 )  493-2517          Fax ( 866 )  743-0501<br>Email ip@bertholdtypes.com |
| **Year of Creation:** | **3** | 2006 |
| **If work has been published, Date and Nation of Publication:** | **4** | a. Date  May _____     1     2006    *(Month, day, and year all required)*<br>          Month        Day   Year<br>b. Nation  U.S.A. |
| **Type of Authorship in This Work:**<br><br>Check all that this author created. | **5** | ☑ Text (includes fiction, nonfiction, poetry, computer programs, etc.)<br>☐ Illustrations<br>☐ Photographs<br>☐ Compilation of terms or data |
| **Signature:**<br><br>Registration cannot be completed without a signature. | **6** | *I certify that the statements made by me in this application are correct to the best of my knowledge.* Check one:<br>☐ Author   ☑ Authorized agent<br>x *Melissa M. Hunt, VP + Gen Counsel* |
| **OPTIONAL**<br>**Name and Address of Person to Contact for Rights and Permissions:**<br>Phone, fax, and email: | **7** | ☑ Check here if same as #2 above.<br><br>Phone (     )               Fax (     )<br>Email |

| | | |
|---|---|---|
| **8**<br>Certificate will be mailed in window envelope to this address: | Name ▼<br>Berthold L.L.C.<br>Number/Street/Apt ▼<br>47 W. Polk St. #100-310<br>City/State/ZIP ▼<br>Chicago, IL 60605 | Complete this space only if you currently hold a Deposit Account in the Copyright Office. |
| | **9** Deposit Account # DA92905<br>Name Berthold L.L.C. | |

DO NOT WRITE HERE          Page 1 of ____ pages

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Short Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

REG

**TX 6-580-798**

TX                TXU

**Effective Date of Registration**

**JUN 2 0 2006**

Application Received
**JUN 2 0 2006**

Deposit Received
**JUN 2 0 2006**  Two

Fee Received

Examined By

Correspondence ☐

TYPE OR PRINT IN BLACK INK. DO NOT WRITE ABOVE THIS LINE.

| | | |
|---|---|---|
| **Title of This Work:**<br><br>Alternative title or title of larger work in which this work was published: | **1** | Akzidenz-Grotesk Pro Super |
| **Name and Address of Author and Owner of the Copyright:**<br><br>Nationality or domicile:<br>Phone, fax, and email: | **2** | Berthold L.L.C.<br>47 W. Polk St. #100-310<br>Chicago, IL 60605  U.S.A.<br><br>Phone ( 312   )  493-2517        Fax ( 866   ) 743-0501<br>Email ip@bertholdtypes.com |
| **Year of Creation:** | **3** | 2006 |
| **If work has been published, Date and Nation of Publication:** | **4** | a. Date  May _____ | 1 | 2006 | *(Month, day, and year all required)*<br>Month           Day        Year<br>b. Nation  U.S.A. |
| **Type of Authorship in This Work:**<br><br>Check all that this author created. | **5** | ☑ Text (includes fiction, nonfiction, poetry, computer programs, etc.)<br>☐ Illustrations<br>☐ Photographs<br>☐ Compilation of terms or data |
| **Signature:**<br><br>Registration cannot be completed without a signature. | **6** | *I certify that the statements made by me in this application are correct to the best of my knowledge.* Check one:<br>☐ Author  ☑ Authorized agent<br>x _Idress ll Hunt, VP+Gen Counsel_____ |
| **OPTIONAL**  **Name and Address of Person to Contact for Rights and Permissions:**<br>Phone, fax, and email: | **7** | ☑ Check here if same as #2 above.<br><br>Phone (      )                    Fax (      )<br>Email |

| **8**<br>Certificate will be mailed in window envelope to this address: | Name ▼<br>Berthold L.L.C.<br>Number/Street/Apt ▼<br>47 W. Polk St. #100-310<br>City/State/ZIP ▼<br>Chicago, IL 60605 | Complete this space only if you currently hold a Deposit Account in the Copyright Office. | **9** Deposit Account #  DA92905<br>Name Berthold L.L.C.<br><br><br><br>DO NOT WRITE HERE        Page 1 of ____ pages |
|---|---|---|---|

*17 U S C §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500

Rev. August 2003—30,000   Web Rev. August 2003   ⊕ Printed on recycled paper                    U.S. Government Printing Office: 2003-496-605/60,027

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Short Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

**REGISTRATION NUMBER**

**TX 6-380-786**



*TX0006380786*

TX                    TAU

**Effective Date of Registration**

6 - 20 - 06

Application Received
JUN 2 0 2006

Deposit Received
JUN 2 0 2006        Two

Fee Received

Examined By     **SlM**

Correspondence ☐

TYPE OR PRINT IN BLACK INK. DO NOT WRITE ABOVE THIS LINE.

| | | |
|---|---|---|
| **Title of This Work:**<br><br>Alternative title or title of larger work in which this work was published: | **1** | Akzidenz-Grotesk Pro Super Italic |
| **Name and Address of Author and Owner of the Copyright:**<br><br>Nationality or domicile:<br>Phone, fax, and email: | **2** | Berthold L.L.C.<br>47 W. Polk St. #100-310<br>Chicago, IL 60605 U.S.A.<br><br>Phone ( 312 ) 493-2517          Fax ( 866 ) 743-0501<br>Email ip@bertholdtypes.com |
| **Year of Creation:** | **3** | 2006 |
| ***If work has been published, Date and Nation of Publication:*** | **4** | a. Date May _____ 1 _____ 2006 ____ *(Month, day, and year all required)*<br>          Month          Day      Year<br>b. Nation U.S.A. |
| **Type of Authorship in This Work:**<br><br>Check all that this author created. | **5** | ☑ Text (includes fiction, nonfiction, poetry, computer programs, etc.)<br>☐ Illustrations<br>☐ Photographs<br>☐ Compilation of terms or data |
| **Signature:**<br><br>Registration cannot be completed without a signature. | **6** | *I certify that the statements made by me in this application are correct to the best of my knowledge.* Check one:<br>☐ Author  ☑ Authorized agent<br>x *Melissa M. Hunt, VP + Gen Counsel* |
| **Name and Address of Person to Contact for Rights and Permissions:**<br>Phone, fax, and email: | **7** | ☑ Check here if same as #2 above.<br><br>Phone (     )                    Fax (     )<br>Email |

OPTIONAL

| **8**<br>Certificate will be mailed in window envelope to this address: | Name ▼<br>Berthold L.L.C.<br>Number/Street/Apt ▼<br>47 W. Polk St. #100-310<br>City/State/ZIP ▼<br>Chicago, IL 60605 | Complete this space only if you currently hold a Deposit Account in the Copyright Office. | **9** Deposit Account #_DA92905<br>Name Berthold L.L.C.<br><br>_____<br>_____<br>DO NOT WRITE HERE    Page 1 of _____ pages |

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev. August 2003—30,000   Web Rev: August 2003   ✿ Printed on recycled paper                    U.S. Government Printing Office: 2003-496-605/60,027

# EXHIBIT B

# RGA

# ReFlections

**RGA's Medical Underwriting Newsletter**

Volume 35, Spring 2015



J. Carl Holowaty
cholowaty@rgare.com

## LETTER FROM

Dear readers:

This edition of ReF
Sheetal Salgaonka
into trends in pulm
Director, Divisiona
on the increasing
Underwriting Offic
in discussing the
Lastly, Jeff Heaton
related to Electron



**Document Properties**

Description | Security | Fonts | Custom | Advanced

Fonts Used in this Document

- AkzidenzGroteskStd-Bold (Embedded Subset)
- AkzidenzGroteskStd-Bold (Embedded Subset)
- AkzidenzGroteskStd-Bold-SC700 (Embedded Subset)
- AkzidenzGroteskStd-It (Embedded Subset)
- AkzidenzGroteskStd-It (Embedded Subset)
- AkzidenzGroteskStd-Md (Embedded Subset)
- AkzidenzGroteskStd-Regular (Embedded Subset)
- AkzidenzGroteskStd-Regular (Embedded Subset)
- AkzidenzGroteskStd-Regular (Embedded Subset)
- AkzidenzGroteskStd-Regular-SC700 (Embedded Subset)
    Type: TrueType



# Capital, Cash, Shareholder Value and Active In-force Management



# Quantified Wellness
Wearable Technology Usage
and Market Summary

## Global Research and Development
Research Bulletin, March 2015

Julianne Callaway and Tim Rozar
RGA Reinsurance Company



The security of experience. The power of innovation.

---

**Document Properties**

| Description | Security | Fonts | C |

Fonts Used in this Document

- ▶ *a* AkzidenzGroteskBE-Regular (Embedded Subset)
- ▶ T AkzidenzGroteskStd-Bold (Embedded Subset)
- ▶ *a* AkzidenzGroteskStd-Bold (Embedded Subset)
- ▶ T AkzidenzGroteskStd-It (Embedded Subset)
- ▶ T AkzidenzGroteskStd-Light (Embedded Subset)
- ▶ *a* AkzidenzGroteskStd-Light (Embedded Subset)
- ▶ T AkzidenzGroteskStd-LightIt (Embedded Subset)
- ▶ T AkzidenzGroteskStd-Md (Embedded Subset)
- ▶ *a* AkzidenzGroteskStd-Md (Embedded Subset)
- ▶ T AkzidenzGroteskStd-Md (Embedded Subset)
- ▶ T AkzidenzGroteskStd-Regular (Embedded Subset)
- ▶ *a* AkzidenzGroteskStd-Regular (Embedded Subset)
- ▼ *a* AkzidenzGroteskStd-Regular (Embedded Subset)

Document Properties

| Description | Security | Fonts | Custo |

Fonts Used in this Document

▶ AkzidenzGroteskStd-Bold (Embedded Subset)

▶ AkzidenzGroteskStd-Bold (Embedded Subset)

▶ AkzidenzGroteskStd-It (Embedded Subset)

▶ AkzidenzGroteskStd-Md (Embedded Subset)

▶ AkzidenzGroteskStd-Md (Embedded Subset)

▶ AkzidenzGroteskStd-Regular (Embedded Subset)

▶ AkzidenzGroteskStd-Regular (Embedded Subset)

▶ AkzidenzGroteskStd-Super (Embedded Subset)

# Solvency II:
# Change Brings Opportunity

With 12 Case Studies on How Reinsurance with RGA can Help



# ReFlections

RGA's Global Medical Newsletter

Volume 37, January 2016



**Neil Wilkinson**
Vice President, Medical Services
nwilkinson@rgare.com

**Daniel Zimmerman**
Vice President, Medical Director
dzimmerman@rgare.com

**Philip Smalley**
Senior Vice President
Global Chief Medical Officer
psmalley@rgare.com

## IN THIS ISSUE

**2** Critical Illness Insurance:
A Medical Perspective
By Philip Smalley, M.D. FRCPC

**6** Cervical Cancer Update
By Hilary Henly, ACII (DLDU/DLDC)

**13** Longer Life Foundation
Newest grants, new website

**14** ReCite
Interesting and relevant articles
in insurance medicine

**15** Recent Webcasts
RGA and industry experts discuss
health topics

## FROM THE EDITORS

Welcome to the January 2016 edition of ReFlections! This issue, the first of the new year, continues our mission to educate, inform and enlighten.

It was a pleasure to see so many of our friends and colleagues at the recent American Academy of Insurance Medicine (AAIM) Triennial meeting in Colorado Springs. Hopefully, everyone found it as educational and inspirational as we did.

This edition features an article by Dr. Philip Smalley, Senior Vice President and Global Chief Medical Officer for RGA International Corporation, which discusses the history and intricacies of developing Critical Illness (CI) products. It also features an article by Hilary Henly, Head of Underwriting (Ireland) and Director of Divisional Underwriting Research, RGA Reinsurance Company, and one of ReFlections' frequent contributors. Her article provides a comprehensive review and update on the medical status of cervical cancer. We trust both articles will provide the reader with practical and usable information.

**RGA**

Document Pro

Description | Security | Fonts

Fonts Used in this Document

AkzidenzGroteskStd-Bold (Embedded Subset)

AkzidenzGroteskStd-Bold (Embedded Subset)

AkzidenzGroteskStd-It (Embedded Subset)

AkzidenzGroteskStd-It (Embedded Subset)

AkzidenzGroteskStd-Md (Embedded Subset)

AkzidenzGroteskStd-Md (Embedded Subset)

AkzidenzGroteskStd-MdIt (Embedded Subset)

AkzidenzGroteskStd-Regular (Embedded Subse

AkzidenzGroteskStd-Regular (Embedded Subse

Type: TrueType (CID)

Encoding: Identity-H