IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BERTHOLD L.L.C., <br> BERTHOLD TYPES LIMITED, and <br> BERTHOLD DIRECT CORP., <br><br> Plaintiffs, <br><br> v. <br><br> REINSURANCE GROUP OF AMERICA, INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | <br><br><br><br> No. 17-cv-5926 <br><br> Judge Thomas M. Durkin <br><br> Magistrate Michael T. Mason |

**NOTICE OF SERVICE OF PLAINTIFFS'
RESPONSES TO MANDATORY INITIAL DISCOVERY REQUESTS**

I, Peter S. Lubin, the undersigned attorney, hereby certify that on November 13, 2017, I served the foregoing notice and the PLAINTIFFS' RESPONSES TO MANDATORY INITIAL DISCOVERY REQUESTS on:

| | |
|---|---|
| Keith A. Rabenberg <br> Kyle G. Gottuso <br> Senninger Powers LLP <br> 100 North Broadway, 17th Floor <br> St. Louis, MO 63102 <br> (314) 345-7000 <br> krabenberg@senniger.com <br> kgottuso@senniger.com | John B. Conklin <br> Leydig, Voit & Mayer, Ltd <br> Two Prudential Plaza, Suite 4900 <br> 180 North Stetson Ave. <br> Chicago, IL  60601 <br> (312) 616-5600 <br> jconklin@leydig.com |

via email.                BERTHOLD L.L.C., BERTHOLD TYPES
                         LIMITED, and BERTHOLD DIRECT CORP.

                         By:  /s/ Peter S. Lubin
                                One of their attorneys

Peter S. Lubin
Andrew C. Murphy
DITOMMASO LUBIN AUSTERMUEHLE, P.C.
17W220 22nd Street, Suite 410
Oakbrook Terrace, IL 60181
(630) 333-0000
psl@ditommasolaw.com
acm@ditommasolaw.com
eservice@ditommasolaw.com