# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| BERTHOLD L.L.C., <br> BERTHOLD DIRECT CORP., <br><br> Plaintiffs, <br> v. <br><br> REINSURANCE GROUP OF AMERICA, INC., <br><br> Defendant. | Case No. 1:17-CV-05926 |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed *with prejudice* pursuant to FRCP 41(a)(1)(A)(ii), with each party bearing its own costs and attorneys' fees.

Dated: April 18, 2019          By:   */s/ Peter S. Lubin*
                                    Peter S. Lubin
                                    Lubin Austermuehle, P.C.
                                    360 West Butterfield Road, Suite 325
                                    Elmhurst, IL 60126
                                    Peter@l-a.law

                                    Attorney for Plaintiffs BERTHOLD L.L.C. and
                                    BERTHOLD DIRECT CORP.


Dated: April 17, 2019          By:   */s/ Keith A. Rabenberg*
                                    Keith A. Rabenberg
                                    Stinson Leonard Street LLP
                                    7700 Forsyth Blvd., Suite 1100
                                    St. Louis, MO 63105
                                    keith.rabenberg@stinson.com

                                    Attorney for Defendant REINSURANCE GROUP
                                    OF AMERICA, INC.